1484

**2010–1938. State v. Carey.**
Licking App. No. 2008–CA–20, 2009-Ohio-103. On motion for leave to file delayed appeal. Motion denied.

**2010–1943. State v. Diaz.**
Montgomery App. No. 22604, 2009-Ohio-2738. On motion for leave to file delayed appeal. Motion denied.
    BROWN, C.J., dissents.

**2010–1965. Harrison v. Doerner.**
Cuyahoga App. No. 94270, 2010-Ohio-4682. On motion for stay of proceedings. Motion denied. Motion to strike the motion for stay is denied as moot.
    PFEIFER, J., dissents.

**2010–1984. State v. Allen.**
Cuyahoga App. No. 93372, 2010-Ohio-3999. On motion for leave to file delayed appeal. Motion granted.
    PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2010–1985. Mubashshir v. Sheldon.**
Marion App. No. 9–10–39, 2010-Ohio-4808. On motion for stay of court of appeals' judgment. Motion denied.

**2010–1994. State v. Jones.**
Hamilton App. No. C–090790. On motion for leave to file delayed appeal. Motion granted.
    PFEIFER, J., dissents.

**2010–2015. State v. Crosby.**
Cuyahoga App. No. 95308. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2010–2032. State v. Warner.**
Portage App. No. 2008–P–0052, 2010-Ohio-4940. On motion for stay of court of appeals' judgment. Motion denied.
    PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2010–2044. State ex rel. Ohio Dept. of Edn. v. Ministerial Day Care Assn.**
Cuyahoga App. No. 94062, 2010-Ohio-5009. On motion for stay of execution of court of appeals' judgment. Motion denied.
    BROWN, C.J., and LANZINGER and CUPP, JJ., dissent.

**2010–2061. State v. Loop.**
Brown App. No. CA2009–10–040. On motion for a continued stay. Motion denied.

**2010–2091. State v. Murphy.**
Ashland App. No. 10–COA–001, 2010-Ohio-4523. On motion for stay of execution. Motion denied.
    PFEIFER, J., dissents.